LAWRENCE V. MORAN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall be ready for argument at the opening of the November term.

DONALD B. MUNSON, Respondent, v. GEORGE BULLOCK, as Receiver, etc., Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by September twenty-ninth and printed briefs by October twentieth.

CHARLES NORBURY, Respondent, v. CITY OF BUFFALO, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by October fifteenth, and shall be ready for argument at the opening of the November term.

ELIZABETH NORBURY, Respondent, v. CITY OF BUFFALO, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by October fifteenth, and shall be ready for argument at the opening of the November term.

CHARLES M. HENNESSEY, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Motion granted and appeal dismissed, without costs.

NEIL A. CUMMINGS, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers by September twenty-ninth.

In the Matter of the Application of NORRIS PHELPS and Others, Residents and Taxpayers of the Village of Sacketts Harbor, Appellants, for an Order of Mandamus to Compel the BOARD OF TRUSTEES, Respondent, to Submit at a Village Election the Propositions Contained in the Petition, etc.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MABEL WILCOX, Respondent, Appellant, v. WESLEY C. WHEELER, Appellant, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MABEL WILLIAMS, an Infant, by LILLIAN WILLIAMS, Her Guardian ad Litem, Respondent, v. BOARD OF TRUSTEES, DISTRICT No. 1, TOWN OF EATON, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Estate of WALTER T. CRILL, Deceased.— Decree affirmed, with costs payable out of the estate. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ROYAL INDEMNITY COMPANY, Respondent, v. J. G. WHITE ENGINEERING CORPORATION and ATMOSPHERIC NITROGEN CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

FRED B. WRIGHT, Respondent, v. JOHN W. LOCKIE and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.